## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Steeley Jr, Richard T
Steeley, Aida A
Printed: 3/25/08

Case Number:  07 B 21593
Judge:  Wedoff, Eugene R
Filed:  11/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  January 17, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 768.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 768.00 |
| Totals: | 768.00 | 768.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bank Of America | Secured | 0.00 | 0.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 4. | B-Real LLC | Unsecured | 987.96 | 0.00 |
| 5. | First National Credit Card | Unsecured | 1,198.45 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 1,282.51 | 0.00 |
| 7. | B-Real LLC | Unsecured | 1,308.68 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 992.63 | 0.00 |
| 9. | B-Real LLC | Unsecured | 381.29 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 1,152.05 | 0.00 |
| 11. | B-Real LLC | Unsecured | 1,317.70 | 0.00 |
| 12. | Infibank | Unsecured | 2,033.92 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 593.06 | 0.00 |
| 14. | Washington Mutual Home Loan | Secured | | No Claim Filed |
| 15. | American Express | Unsecured | | No Claim Filed |
| 16. | Bank  Of America | Unsecured | | No Claim Filed |
| 17. | Bank Of America | Unsecured | | No Claim Filed |
| 18. | Bank Of America | Unsecured | | No Claim Filed |
| 19. | FNB Omaha | Unsecured | | No Claim Filed |
| 20. | HSBC | Unsecured | | No Claim Filed |
| 21. | Harris | Unsecured | | No Claim Filed |
| 22. | Debt Recovery Group | Unsecured | | No Claim Filed |
| 23. | One Card | Unsecured | | No Claim Filed |
| 24. | Upfront Rewards | Unsecured | | No Claim Filed |
| 25. | Direct Tv | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Steeley Jr, Richard T

Steeley, Aida A

Printed: 3/25/08

Case Number:  07 B 21593

Judge:  Wedoff, Eugene R

Filed:  11/16/07

_____          _____
$ 11,248.25                    $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate          Total Fees

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____